## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ANNALIA MONTANY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) )  2:15-cv-00089-JDL |
| UNIVERSITY OF NEW ENGLAND, et al. | ) ) ) |
|     Defendants. | ) |

### ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Report and Recommended Decision (ECF No. 35) with the court on June 24, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The Plaintiff and the Defendants filed respective objections to the Recommended Decision on July 11, 2016 (ECF Nos. 36 and 37). The Plaintiff filed her response to Defendants' objection on July 25, 2016 (ECF No. 39), and the Defendants filed their Response to the Plaintiff's objection on July 28, 2016 (ECF No. 40). A hearing on the objections was held on August 12, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 35) is hereby **ADOPTED**. Defendants' motion for summary judgment is **GRANTED.**

**SO ORDERED.**

**Dated this 22nd day of August, 2016.**

                                                          /s/ Jon D. Levy  
                                                **U.S. DISTRICT JUDGE**